**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10059 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-00017-PMP |
| v. | |
| DAVID ANTONIO ESCOBAR-MENJIVAR, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Philip M. Pro, District Judge, Presiding

Submitted December 14, 2010[**]

Before:    GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

David Antonio Escobar-Menjivar appeals from his conviction for being a

deported alien found unlawfully in the United States, in violation of 8 U.S.C.

§ 1326.  We have jurisdiction pursuant to 28 U.S.C. § 1291.  We may affirm on

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

any ground supported by the record. *See United States v. Tello*, 600 F.3d 1161, 1167 n.6 (9th Cir. 2010). We affirm.

Escobar-Menjivar contends that the district court erred in denying his motion to dismiss the indictment because the prior removal alleged in the indictment was the product of a fundamentally unfair deportation proceeding. On appeal, Escobar-Menjivar argues that he was not adequately advised of possible eligibility for relief from removal pursuant to 8 U.S.C. § 1229c(a). The contention fails because Escobar-Menjivar cannot demonstrate prejudice from any alleged due process violation, as he was previously permitted to voluntarily depart. *See* 8 U.S.C. § 1229c(c); *see also United States v. Gonzalez-Valerio*, 342 F.3d 1051, 1054 (9th Cir. 2003) (holding that district court should have denied motion to dismiss an 8 U.S.C. § 1326 indictment where the defendant failed to show prejudice resulting from due process violation in deportation proceedings).

**AFFIRMED.**